**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-02925-LTB

ERIC R. NORWOOD, and
SARAH A. NORWOOD,

      Plaintiffs,

v.

WELLS FARGO BANK. N.A.,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Amend Complaint (Doc 4 - filed December 23, 2013) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.

Dated:   December 30, 2013
_____