**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-02925-LTB

ERIC R. NORWOOD, and
SARAH A. NORWOOD,

      Plaintiffs,

v.

WELLS FARGO BANK. N.A.,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiffs have filed a Motion to Amend First Amended Complaint (Doc 18-1 - filed March 19, 2014).  Defendant has **up to and including April 11, 2014** to file a response.  Plaintiffs have **up to and including April 25, 2014** to file a reply.

     Plaintiffs Unopposed Motion to Amend Complaint (Doc 17 - filed March 19, 2014) is deemed MOOT in light of Plaintiffs' Notice of Filing Error (Doc 18).

Dated:  March 21, 2014
_____