**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  13-cv-02925-LTB-BNB

ERIC R. NORWOOD, and
SARAH A. NORWOOD,

       Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 59 - filed October 15, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   October 16, 2014